## Tanner v. O. M. Weber Company, Inc., Appellant (No. 2).

OPINION BY TREXLER, J., February 24, 1915:

For the reasons stated in the opinion filed in the case of Tanner, Receiver, v. O. M. Weber Company, Inc., ante, p. 14, which involves the same questions, the judgment in this case is affirmed.